PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Vanessa Hoey             Cr.: 14-00049-001
                                                                                           PACTS #: 67996

Name of Sentencing Judicial Officer:     THE HONORABLE FREDA L. WOLFSON
                                                                UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/01/2014

Original Offense:    Wire Fraud

Original Sentence: Imprisonment – 27 Months, Supervised Release – 3 Years

Special Conditions: Special Assessment, Restitution - Money, Alcohol/Drug Testing and Treatment, Mental Health Treatment, New Debt Restrictions, Restrictions From Entering Gambling Establishments, Gambling Restrictions and Registration on Exclusion Lists

Type of Supervision: Supervised Release               Date Supervision Commenced: 08/10/2015

## STATUS REPORT

U.S. Probation Officer Action:

On July 1, 2014, the offender was sentenced by Your Honor to 27 months of imprisonment followed by 3 years of supervised release. As noted as a special condition above, Ms. Hoey was ordered to pay $830,243.90 of restitution in monthly installments of no less than $200 to commence 30 days after release from custody.

Ms. Hoey currently resides in Neptune, New Jersey. She is unemployed, as she is waiting to move to Georgia to obtain employment there upon expiration. We believe that Ms. Hoey has paid the court-ordered restitution to the best of her financial ability. To date, she has satisfied her special assessment fee of $100, and has paid $6,375 toward her restitution. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Hoey's term of supervision to expire as scheduled on August 9, 2018.

Respectfully submitted,

By: Carly T. Schultz
U.S. Probation Officer
Date: 07/05/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken – Supervision to Expire as Scheduled on August 9, 2018

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

7/9/18
Date